| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     **Grayland Productions, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **46-3981248**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4146 N. Central Park Avenue** **Chicago, IL 60618** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Grayland Productions, LLC** _____    Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor **Grayland Productions, LLC** _____ Case number (*if known*) _____

Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Grayland Productions, LLC** _____ Case number (*if known*) _____
       Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 27, 2018**
            MM / DD / YYYY

X **/s/ Jessica Boweak**                                      **Jessica Boweak**
Signature of authorized representative of debtor              Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Ariel Weissberg**                                     Date **March 27, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Ariel Weissberg 03125591**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Number, Street, City, State & ZIP Code

Contact phone  **312-663-0004**        Email address  **ariel@weissberglaw.com**

**03125591 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Grayland Productions, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 27, 2018**      X **/s/ Jessica Boweak**
                                       Signature of individual signing on behalf of debtor

                                       **Jessica Boweak**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Grayland Productions, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Grayland Productions, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Adobe Systems, Inc.**<br>**345 Park Ave.**<br>**San Jose, CA 95110-2704**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$25.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AF Ushering Services, Inc.**<br>**1550 Spring Rd., Suite 305**<br>**Oak Brook, IL 60523**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$2,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amish Craftsman Guild 11**<br>**W64 N707 Washington Ave.**<br>**Cedarburg, WI 53012**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$4,475.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Briana Bradley**<br>**6559 Kregel CT**<br>**Rockford, IL 61109**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | **$15,000.00** |

Debtor **Grayland Productions, LLC** _____ Case number (if known) _____
       Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $750.00 |
|---|---|---|---|
| | **Calumet Painting** | ☐ Contingent | |
| | **6733 Clumbia Ave.** | ☐ Unliquidated | |
| | **Hammond, IN 46324** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 |
|---|---|---|---|
| | **Comcast Spotlight** | ☐ Contingent | |
| | **12964 Collections Department Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Advertising** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90,000.00 |
|---|---|---|---|
| | **Dan McLean** | ☐ Contingent | |
| | **3852 Douglas Rd.** | ☐ Unliquidated | |
| | **Downers Grove, IL 60515** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,000.00 |
|---|---|---|---|
| | **Darla K. Vulcan** | ☐ Contingent | |
| | **4822 Mountain Springs Court** | ☐ Unliquidated | |
| | **Rapid City, SD 57702** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,000.00 |
|---|---|---|---|
| | **Dianne Willaert** | ☐ Contingent | |
| | **173 Sunset Village** | ☐ Unliquidated | |
| | **Good Thunder, MN 56037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,000.00 |
|---|---|---|---|
| | **Exhibition Services** | ☐ Contingent | |
| | **6904 Westside Saginaw Rd., # 7** | ☐ Unliquidated | |
| | **Bay City, MI 48706** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,000.00 |
|---|---|---|---|
| | **IMS Barter** | ☐ Contingent | |
| | **6201 W. Howard Street** | ☐ Unliquidated | |
| | **Niles, IL 60714** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Grayland Productions, LLC**  Case number (if known) _____
       Name

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Ibe**<br>**9124 S. Somerset Lane**<br>**Woodridge, IL 60517**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $700.00 |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Kabbage**<br>**Bankruptcy Department**<br>**P.O. Box 77081**<br>**Atlanta, GA 30357**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $12,000.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Mr. Handymanny of Wheaton**<br>**245 W. Roosevelt Rd. ST. 69**<br>**West Chicago, IL 60185**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,375.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Paypal**<br>**2211 North First Street**<br>**San Jose, CA 95131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,000.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Power Home Remodeling**<br>**2500 W. Bradley Place**<br>**Chicago, IL 60618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,000.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Re-Bro Marketing & Public Relations**<br>**c/o Alexander Muhtaris, Esq.**<br>**1 E. Wacker Dr., Suite 2350**<br>**Chicago, IL 60601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $60,000.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Renewal by Andersen**<br>**2300 Ridge Dr.**<br>**Glenview, IL 60025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,000.00 |

Debtor  **Grayland Productions, LLC**_____   Case number (if known) _____
        Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **Source One Events** <br> **160 Eisenhower Lane** <br> **Lombard, IL 60148** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,000.00 |
| | **Steve Newmann** <br> **345 N. Batavia Rd.** <br> **Batavia, IL 60510** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
| | **The Go Daddy Group, Inc.** <br> **14455 N. Hayden Rd., Suite. 226** <br> **Scottsdale, AZ 85260-6947** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
| | **Zoho Corporation** <br> **4141 Hacienda Drive** <br> **Pleasanton, CA 94588** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 331,675.00 |
| **5c. Total of Parts 1 and 2** <br>      Lines 5a + 5b = 5c. | 5c. $ | 331,675.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re **Grayland Productions, LLC**
Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **4,000.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **4,000.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 27, 2018** | **/s/ Ariel Weissberg** |
| *Date* | **Ariel Weissberg 03125591** |
| | *Signature of Attorney* |
| | **Weissberg and Associates, Ltd.** |
| | **401 S. LaSalle St.** |
| | **Suite 403** |
| | **Chicago, IL 60605** |
| | **312-663-0004  Fax: 312-663-1514** |
| | **ariel@weissberglaw.com** |
| | *Name of law firm* |

**WEISSBERG AND ASSOCIATES, LTD.**

401 South LaSalle  
Suite 403  
Chicago, Illinois 60605

Telephone: 312/663-0004  
Facsimile: 312/663-1514  
E-Mail:  
ariel@weissberglaw.com

March 27, 2018

Grayland Productions, LLC  
Ms. Jessica Boweak  
3523 Scottsdale Circle  
Naperville, Illinois 60564

Email: boweak@gmail.com

Re:   Chapter 7 Bankruptcy for Grayland Productions, LLC ("Grayland")

Dear Ms. Boweak:

We are pleased that you have requested this law firm to represent Grayland in the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of Grayland.

Grayland agrees to pay our firm an advanced payment fee in the amount of $4,000.00 (the "Advanced Payment Retainer"), plus $335 Bankruptcy Court filing fee, from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

Grayland shall also be responsible for paying all out-of-pocket expenses incurred by my firm in Grayland's representation in any such Adversary Proceeding, such as filings with courts and government agencies, photocopying, facsimile transmissions, express courier services, messenger services, computerized Westlaw research, travel costs, and other expenses and charges.

Scanned by CamScanner

Grayland Productions, LLC
Jessica Boweak
March 27, 2018
Page -2-

      Please date and countersign this letter and return it to me with a check in the amount of $4,335.00 so that we will have a written mutual memorandum of our understanding. Please retain the signed copy of the letter for your file.

Yours truly,

*[signature]*

Ariel Weissberg

AW/hw

ACCEPTED this __27__ day of March, 2017

**GRAYLAND PRODUCTIONS, LLC**

By: ___*[signature]*___
Jessica Boweak, its authorized agent

Scanned by CamScanner

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Grayland Productions, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **22**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 27, 2018**

**/s/ Jessica Boweak**  
**Jessica Boweak**/**Manager**  
Signer/Title

```
Adobe Systems, Inc.
345 Park Ave.
San Jose, CA 95110-2704


AF Ushering Services, Inc.
1550 Spring Rd., Suite 305
Oak Brook, IL 60523


Amish Craftsman Guild 11
W64 N707 Washington Ave.
Cedarburg, WI 53012


Briana Bradley
6559 Kregel CT
Rockford, IL 61109


Calumet Painting
6733 Clumbia Ave.
Hammond, IN 46324


Comcast Spotlight
12964 Collections Department Drive
Chicago, IL 60693


Dan McLean
3852 Douglas Rd.
Downers Grove, IL 60515


Darla K. Vulcan
4822 Mountain Springs Court
Rapid City, SD 57702


Dianne Willaert
173 Sunset Village
Good Thunder, MN 56037


Exhibition Services
6904 Westside Saginaw Rd., # 7
Bay City, MI 48706


IMS Barter
6201 W. Howard Street
Niles, IL 60714
```

Jennifer Ibe
9124 S. Somerset Lane
Woodridge, IL 60517


Kabbage
Bankruptcy Department
P.O. Box 77081
Atlanta, GA 30357


Mr. Handymanny of Wheaton
245 W. Roosevelt Rd. ST. 69
West Chicago, IL 60185


Paypal
2211 North First Street
San Jose, CA 95131


Power Home Remodeling
2500 W. Bradley Place
Chicago, IL 60618


Re-Bro Marketing & Public Relations
c/o Alexander Muhtaris, Esq.
1 E. Wacker Dr., Suite 2350
Chicago, IL 60601


Renewal by Andersen
2300 Ridge Dr.
Glenview, IL 60025


Source One Events
160 Eisenhower Lane
Lombard, IL 60148


Steve Newmann
345 N. Batavia Rd.
Batavia, IL 60510


The Go Daddy Group, Inc.
14455 N. Hayden Rd., Suite. 226
Scottsdale, AZ 85260-6947


Zoho Corporation
4141 Hacienda Drive
Pleasanton, CA 94588

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Grayland Productions, LLC**　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Grayland Productions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jessica H. Boweak**
**4146 N. Central Park Avenue**
**Chicago, IL 60618**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 27, 2018** | **/s/ Ariel Weissberg** |
| Date | **Ariel Weissberg 03125591** |
| | Signature of Attorney or Litigant |
| | Counsel for **Grayland Productions, LLC** |
| | **Weissberg and Associates, Ltd.** |
| | **401 S. LaSalle St.** |
| | **Suite 403** |
| | **Chicago, IL 60605** |
| | **312-663-0004 Fax:312-663-1514** |
| | **ariel@weissberglaw.com** |